UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARY FRANCES WAGLEY, JAMES WAGLEY, ANNE WAGLEY AND MARY COPP, AS BENEFICIARIES OF THE MARY PENNEY WAGLEY IRREVOCABLE TRUST AND THE JEAN FRANCES GRAY TRUST, § § § § § § § § Plaintiffs, § § v. § § JPMORGAN CHASE BANK, N.A., § INDIVIDUALLY, AS TRUSTEE OF § THE MARY PENNEY WAGLEY § IRREVOCABLE TRUST AND AS § TRUSTEE OF THE JEAN FRANCES § GRAY TRUST, AND KELLY ADAMS, § INDIVIDUALLY, § § Defendants. § | Civil Action No. 3:17-cv-766 |

## APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Plaintiffs Mary Frances Wagley ("Mary Frances"), James Wagley ("Wagley"), Anne Wagley ("Anne") and Mary Copp ("Copp"), as beneficiaries of the Mary Penney Wagley Irrevocable Trust (the "Penney Trust") and as beneficiaries of the Jean Frances Gray Trust (the "Gray Trust") (collectively, "Plaintiffs"), hereby file this Appendix in Support of its Motion to Remand:

| Ex. # | Description | APPX Range |
|---|---|---|
| A. | Petition for Judicial Settlement of Intermediate Account of Trustee, Resignation of Trustee and Discharge of Trustee | APPX0001-APPX0013 |
| B. | Plaintiff's First Amended Petition | APPX0014-APPX0044 |
| C. | Email from Kelly Adams to Jay Wagley RE Package | APPX0045-APPX0048 |

Dated: March 31, 2017

Respectfully submitted,

**GRUBER ELROD JOHANSEN HAIL SHANK LLP**

*/s/ Michael J. Lang*
**G. MICHAEL GRUBER**
State Bar No. 08555400
mgruber@getrial.com
**MICHAEL J. LANG**
State Bar No. 24036944
mlang@getrial.com
**J. MACHIR STULL**
State Bar No. 24070697
mstull@getrial.com
**ALEXANDRA J. LAMB**
State Bar No. 24091423
alamb@getrial.com

1445 Ross Avenue, Suite 2500
Dallas, TX 75202
Telephone: 214-855-6800
Facsimile: 214-855-6808

*Attorneys for Plaintiffs*

### Certificate of Service

I hereby certify that, on March 31, 2017, a true and correct copy of the foregoing was served on all counsel of record via the Court's ECF system.

*/s/ Michael J. Lang*
Michael Lang